UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD HUTCHINSON,

                Plaintiff,

– against –

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

**ORDER**

18-cv-12152 (ER)

Ramos, D.J.:

    Defendant is directed to respond by June 29, 2023 to the motion for attorney's fees under 42 U.S.C. § 406(b) (Doc. 24).

    SO ORDERED.

Dated:  June 15, 2023
           New York, New York

                                                      Edgardo Ramos, U.S.D.J.